JOHN H. FOSTER, Respondent, *v.* PEOPLES GAS AND ELECTRIC COMPANY OF OSWEGO, Appellant.

JOHN F. RYAN, Respondent, *v.* PEOPLES GAS AND ELECTRIC COMPANY OF OSWEGO, Appellant.

(Argued April 2, 1931; decided April 16, 1931.)

*Harry C. Mizen* for appellant.

*Leonard H. Amdursky, Avery S. Wright* and *Francis D. Culkin* for respondent.

Judgment in each action affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.